App. Div.]          First Department, April, 1918.

MAX GOODMAN v. MAX ROTHSTEIN and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CLARENCE E. WRIGHT v. D. O. HAYNES & COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MORRIS LIPSCHITZ v. HARTFORD ACCIDENT AND INDEMNITY COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SENNER & KAPLAN COMPANY v. GERA MILLS.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MAMIE F. COHN and Others, as Executors, etc., v. ELIZA BARTLETT and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

FRANK HASBROUCK v. HENRY KRAKOWER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HOLMES ELECTRIC PROTECTIVE COMPANY v. WILLIAM WILLIAMS, as Commissioner, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HOLMES ELECTRIC PROTECTIVE COMPANY v. WILLIAM WILLIAMS, as Commissioner, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

COLUMBIA TRUST COMPANY v. NORSKE LLOYD INSURANCE COMPANY, LTD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of FRANK LESLIE, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MARIA VICHIARELLI and Others, as Administrators, etc., v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

UNITED STATES WOOD PRESERVING COMPANY v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ANTONIO ACIONE v. COMMERCIAL UNION ASSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of HARRIET E. LENT, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

WILLIAM E. HANNA v. LOUIS LICHTENHEIN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

WILLIAM E. HANNA v. LOUIS LICHTENHEIN and Others.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.